**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10020-STA |
| RODRIGO AYALA-GARCIA, | ) | |
| Defendant. | ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on September 7, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Rodrigo Ayala-Garcia, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, DECEMBER 7, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 7th day of September, 2018.

                                                       s/ S. Thomas Anderson
                                                     CHIEF JUDGE, U. S. DISTRICT COURT